THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **REBECCA CASTILLO, an Individual,**<br><br>        **Plaintiffs,**<br>vs.<br><br>**HICKORY FARMS, LLC,**<br><br>        **Defendant.** | Case No. 1:18-cv-01536<br><br>Honorable John L. Zee |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Hickory Farms, LLC ("Hickory Farms"), respectfully requests that the Court grant it an extension of time to respond to the Complaint filed by Plaintiff Rebecca Castillo ("Ms. Castillo"). In support of its motion, Hickory Farms states as follows:

1. Ms. Castillo filed the Complaint on March 1, 2018. (Dkt. No. 1.)

2. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), the deadline for Hickory Farms to respond to the Complaint was set for March 23, 2018.

3. Hickory Farms requests an extension of thirty (30) days to respond to the Complaint.

4. Ms. Castillo consents to Hickory Farms' request for a thirty (30) day extension of time to respond to the Complaint.

5. This motion is not made for purposes of delay, will allow a full and fair determination of the issues in this case, and will not cause any party prejudice.

WHEREFORE, Hickory Farms, LLC respectfully request that the Court enter an order granting it an extension of time of thirty (30) days to respond to the Complaint, and granting such additional relief as the Court deems appropriate and just.

Dated: March 27, 2018

Respectfully submitted,

**HICKORY FARMS, LLC**

s/Rachel L. Schaller
*Counsel for Defendant*

Heather A. Jackson (ARDC No. 6243164)
Rachel L. Schaller (ARDC No. 6306921)
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone: (312) 527-4000
Email: hjackson@taftlaw.com
rschaller@taftlaw.com

22226916.1

2