## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **REBECCA CASTILLO,**<br><br>                            **Plaintiff,**<br>   v.<br><br>**HICKORY FARMS, LLC,**<br><br>                          **Defendant.** | **Case No. 1:18-cv-01536**<br><br>**Honorable John Z. Lee** |

## NOTICE OF MOTION

      **PLEASE TAKE NOTICE THAT** on Tuesday, May 8, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John Z. Lee, or any judge sitting in his stead in Courtroom 1225 of the United States District Court for the Northern District of Illinois and present **DEFENDANT HICKORY FARMS, LLC'S COMBINED MOTION TO DISMISS PURSUANT TO RULE 12(B)(1) AND MEMORANDUM OF LAW IN SUPPORT** and **DEFENDANT HICKORY FARMS, LLC'S MOTION TO DEFER THE TIME TO FILE AN ANSWER FOR GOOD CAUSE PURSUANT TO THE STANDING ORDER REGARDING THE MANDATORY INITIAL DISCOVERY PILOT PROJECT**, copies of which are served upon you.

Dated: April 26, 2018

Respectfully submitted,

**CITY OF CHICAGO**

By:    s/ Rachel L. Schaller
        One of its Attorneys

Heather A. Jackson (ARDC No. 6243164)
Rachel L. Schaller (ARDC No. 6306921)
TAFT STETTINIUS AND HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone:   (312) 527-4000
Email:       hjackson@taftlaw.com
              rschaller@taftlaw.com

21880872.1